MILLS NOVELTY COMPANY, Plaintiff-Ap-
pellee, v. John F. O'RYAN, as Commissioner
of the Police Department of the City of New
York et al., Defendants-Appellants.

### No. 286.

Circuit Court of Appeals, Second Circuit.
Feb. 13, 1934.

For opinion below, see, 3 F. Supp. 968.

Paul Windels, Corp. Counsel, of New
York City (Paxton Blair, Alvin McKinley
Sylvester, and Louis Weintraub, all of New
York City, of counsel), for appellants.

Kaufman, Weitzner & Celler, of New
York City (Charles H. Tuttle, of New York
City, of counsel), for appellee.

Before MANTON, L. HAND, and
CHASE, Circuit Judges.

PER CURIAM.

Affirmed on the authority of Mills Novelty Co. v. Farrell (C. C. A.) 64 F.(2d) 476, and People v. Jennings, 257 N. Y. 196, 177 N. E. 419.